**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION NO. 17-0246-01** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **DARYL NELSON** | **MAGISTRATE JUDGE HAYES** |

# O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the defendant Daryl Nelson, and adjudges him guilty of the offense charged in Count One of the Indictment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court accepts defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearm(s) and ammunition seized in this matter.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 3rd day of May, 2018.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE